No. 81–1604.  CHIA *v.* WESTINGHOUSE ELECTRIC CORP. C. A. 9th Cir.  Certiorari denied.

No. 81–1606.  REGAN *v.* CONROY, CHIEF OF POLICE OF THE VILLAGE OF SCHAUMBURG.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 81–1607.  HUSTED *v.* ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 81–1610.  EDWARDS *v.* LOUISIANA.  Sup. Ct. La. Certiorari denied.

No. 81–1612.  ST. LOUIS SOUTHWESTERN RAILWAY CO. *v.* BROTHERHOOD OF RAILROAD SIGNALMEN ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 81–1620.  VINEBERG ET AL. *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 81–1624.  BAKER ET AL. *v.* AMSTED INDUSTRIES, INC., ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 81–1633.  THE GAP STORES, INC. *v.* SAILOR MUSIC ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 81–1634.  W. B. GIBSON CO. *v.* DuBROOK, INC. C. A. 3d Cir.  Certiorari denied.

No. 81–1640.  LUBIN ET UX. *v.* EDINBURGH INSURANCE CO., LTD.  C. A. 4th Cir.  Certiorari denied.